**E-Filed 1/6/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CARINA F. FLORES,<br><br>        Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA, a municipality; THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, a municipal entity; Atty AVRIL VAZQUEZ, an individual; THUY TRAN, an individual; VICKI LEE, an individual; JUDY PATRICK, an individual; LESLIE SALMON, an individual; TRICIA SULLIVAN, an individual; LORI MEDINA, and individual; HIEU V TRAN, and individual; LISLE COHEN, an individual; GWEN CHIARAMONTE, an individual; Atty MIGUEL MARQUEZ, an individual; WILL LIGHTBOURNE, an individual; RHODA AUSTIN, an individual; KURT OHFLS, an individual; and DOES 1 TO 50, Inclusive,<br><br>        Defendants. | Case Number C 09-05836 JF (RS)<br><br>ORDER RE PLAINTIFF'S FAILURE TO PAY FILING FEE OR FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 9] |

      On December 11, 2009, Plaintiff filed a request for an emergency ex parte temporary restraining order ("TRO") and order to show cause re preliminary injunction, as well as an application to proceed *in forma pauperis* ("IFP"). On December 15, 2009, the Court denied Plaintiff's TRO application, which sought to enjoin Defendants from transporting Plaintiff's

minor child ("P.") to live with his father in New Mexico after Judge Shawna Schwartz of the Santa Clara Superior Court determined that it was "safe' for P. to return to New Mexico under his father's care and supervision." TRO App. at 3. Plaintiff's application requested expressly that this Court "review" the rulings of the state court.

The Court denied the TRO under the *Rooker-Feldman* doctrine, which bars "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 284 (2005); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923). On December 16, the Court denied Plaintiff's IFP application because it appeared from the face of the proposed pleading that the action was without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

Because Plaintiff had not filed a complaint, the instant case was closed on December 17, 2009. Later the same day, Plaintiff did file a complaint, and on December 23, 2009, Plaintiff filed an amended complaint. However, Plaintiff still has not paid a filing fee or filed a new application to proceed *in forma pauperis*. The Court will re-open the case, but Plaintiff must pay the $350.00 filing fee or file a renewed application to proceed *in forma pauperis*, along with any supporting papers demonstrating that Plaintiff's operative complaint has merit, within ten (10) days from the date of this order. If Plaintiff does not comply with this order, the Court again will dismiss the instant action.

IT IS SO ORDERED.

DATED: January 6, 2010

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Carina F. Flores
   P. O. Box 18824
3  Palo Alto, CA

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number C 09-05836 JF (RS)
ORDER RE PLAINTIFF'S FAILURE TO PAY FILING FEE OR FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)